432 A.2d 255

Commonwealth v. White, Appellant.

Argued June 10, 1980. Barry S. Yaches, for appellant; Ellen Mattleman, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.

433 A.2d 97

Commonwealth ex rel. Cambria City Child Serv. v. Alvin Dodson, Sr., Appellant.

Submitted November 16, 1979. Alvin Dodson, Sr., appellant, in propria persona; Gerard Long, District Attorney, for appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.*

Order affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

* The caption appearing on the Notice of Appeal herein on appellant's briefs is as follows: Commonwealth of Pennsylvania ex rel. Cambria County Children's Services v. Dodson, Alvin, Sr. We have modified the caption to this opinion, however, to conform with appellant's legal name—Alvin Dodson, Sr.